IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **NATASHA MUHAMMAD**, | CASE NO.: 5:20-cv-01408 |
| Plaintiff, | JUDGE: HON. JOHN R. ADAMS |
| vs. | |
| **COUNTY OF SUMMIT, *et al.*,** | **SUPPLEMENT TO REPORT OF PARTIES' PLANNING MEETING UNDER FED. R. CIV. P. 26(f) AND L.R. 16.3(b)** |
| Defendants. | |

Counsel for the Plaintiff and Defendants respectfully submit the following supplement to their previously filed Planning Meeting Report:

11. **Demand and Offer.** The Plaintiff submitted a demand of $145,000 to the Defendants, consisting of $75,000 in compensatory damages and $70,000 in punitive damages. The Defendants responded with an offer of $15,000 as a full and final settlement of all claims.

/s/ Rebecca J. Sremack
REBECCA J. SREMACK (0092313)
Sremack Law Firm, LLC
2745 South Arlington Road
Akron, Ohio 44312
(330) 644-0061
(330) 644-0061 – Fax
Email: info@sremacklaw.com
*Co-counsel for Plaintiff*


/s/ Billi Copeland King
Billi Copeland King (0083422)
282 Ashford Dr
Copley, Ohio 44321
P: 330-990-4911
info@billicopeland.com
*Co-counsel for Plaintiff*

/s/John D. Pinzone
JAMES A. CLIMER (0001532)
JOHN D. PINZONE (0075279)
Mazanec, Raskin & Ryder Co., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, Ohio 44139
(440) 248-7906
(440) 248-8861 - Fax
Email: jclimer@mrrlaw.com

*Counsel for Defendants County of Summit, Sheriff Steve Barry, Deputy Christopher R. Boyd, and John/ Jane Doe Nos. 1-5*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2020, a copy of the foregoing Supplement to Report of Parties Planning Meeting Under Fed. R. Civ. P. 26(f) and Local Rule 16.3(b) was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

>  */s/ Rebecca J. Sremack*
>  REBECCA J. SREMACK (0092313)
>  Counsel for Plaintiff